**MUSICK, PEELER & GARRETT LLP**
Attorneys at Law
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626-1925
Telephone: (714) 668-2400
Facsimile: (714) 668-2490

Donald E. Bradley (State Bar # 145037)
d.bradley@mpglaw.com

Attorneys for Trans Union LLC
(incorrectly named TransUnion, LLC)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER NORTON, an Individual<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, is a Corporation,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC, is a business entity, form unknown;<br>DIRECT TV, a business entity, form unknown;<br>and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.  2:08-cv-03674-VBF-SH<br><br>**AGREED STIPULATION FOR SIXTY (60) DAY EXTENSION OF PRETRIAL AND TRIAL DEADLINES** |

Plaintiff Christopher Norton and Defendants Trans Union, LLC, Experian Information Solutions Inc., and DirecTV, Inc., pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves the Court for a sixty (60) day extension of pre-trial and trial deadlines in order for Plaintiff to add an additional party, and for all parties to conduct further discovery, and as grounds therefore:

1.  The parties to this cause are still conducting written discovery and document exchanges which will require additional time for review and assessment beyond the current

1
AGREED STIPULATION FOR SIXTY DAY EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES
2636909.3/SP/83057/0667/120308

January 15, 2009 discovery deadline, including the taking of depositions and obtaining third party discovery.

2. Counsel for Defendants Experian and Trans Union received initial discovery information from Plaintiff on December 2, 2008 which purports to claim that both Experian and Trans Union reported a derogatory FOCUS account which is now part of the basis of Plaintiff's claims and which Plaintiff claims now necessitates the addition of FOCUS as a party defendant. Additional time beyond the January 15, 2009 discovery deadline will be necessary to further flush out the role, if any, of current non-party FOCUS, including the discovery of documents pertaining thereto.

3. It is also the Parties' desire to attempt to settle the case. However, due to the nature of the allegations, the issues involved, Plaintiff needs to add FOCUS as a party defendant, and the Parties' positions, it is apparent that in order for a settlement conference to have the best chance of success, completion of additional discovery is necessary before the conference deadline of January 30, 2009. Accordingly, the parties need more time not only to conduct discovery but also to hopefully resolve the case after the additional discovery has been conducted. The additional 60 days will assist all parties in assessing the additional documentary evidence yet to be exchanged, including the information and testimony to be obtained from FOCUS as an additional party, which will, in turn, make a mid-to-late March settlement conference more meaningful with a greater likelihood of success.

4. Accordingly, the Parties request a sixty (60) day extension of all deadlines contained in the Court's August 4, 2008 Schedule of Trial and Pre-Trial Dates, which would specifically extend the deadlines as follows, or to dates which this Court finds reasonable.

|  | Original Scheduling Order | Proposed Revised Deadlines |
|---|---|---|
| Non-Expert Discovery Cut-off | January 15, 2009 | March 16, 2009 |

|   |   |   |
|---|---|---|
| Expert Discovery Cut-off | March 30, 2009 | May 29, 2009 |
| Initial Expert Disclosure | February 1, 2009 | April 1, 2009 |
| Defendants' Disclosure | February 28, 2009 | April 28, 2009 |
| Plaintiff's Rebuttal | March 11, 2009 | May 11, 2009 |
| Cut-off for adding parties/amending cut-off | November 22, 2008 | January 22, 2009 |
| ADR | April 17, 2009 | June 17, 2009 |
| Settlement Conference | January 30, 2009 | March 30, 2009 |
| Trial | June 9, 2009 at 8:30 a.m. | August 10, 2009 at 8:30 a.m. |

5. This is the first request for extension of deadlines by the parties in this case. None of the Parties will be prejudiced by an extension of these deadlines, and it will allow the parties to properly complete discovery, making for a more efficient assessment of the case and settlement conference.

WHEREFORE, Plaintiff and Defendants pray that this Court extend the above-referenced deadlines, execute the proposed Order to Extend Pre-Trial Deadlines and Continue the Trial, which is filed herewith, and for all other just and appropriate relief.

DATED: December 3, 2008        BRENNAN, WIENER AND ASSOCIATES

By: _____
  Robert F. Brennan
  Attorneys for Plaintiff CHRISTOPHER NORTON

DATED: December 3, 2008        MUSICK, PEELER & GARRETT LLP

By: _____
  Donald E. Bradley
  Attorneys for Defendant TRANS UNION LLC

3
AGREED STIPULATION FOR SIXTY DAY EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES
2636909.3/SP/83057/0667/120308

1

2   DATED: December 3. 2008         REED SMITH

3

4                                   By: _____
                                        Behzad B. Mohandesi
5                                       Attorneys for Defendant DIRECTV

6

7   DATED: December 3. 2008         JONES DAY

8

9                                   By: _____
                                        Angele Motlagh
10                                      Attorneys for Defendant EXPERIAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4
**AGREED STIPULATION FOR SIXTY DAY EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES**
2636909.3/SP/83057/0667/120308

## PROOF OF SERVICE

STATE OF TEXAS
COUNTY OF COLLIN

 I am employed in the County of Collin, State of Texas. I am over the age of 18 and not a party to the within entitled action; my business address is 2801 Network Boulevard, Ste. 600, Frisco, Texas 75034.

 On December 3, 2008, I served the foregoing document(s) described as **AGREED STIPULATION FOR EXTENSION OF TIME IN WHICH TO CONDUCT EARLY SETTLEMENT CONFERENCE** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

 **See Attached List**

[x]  **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Frisco, Texas. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Frisco, Texas in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

[ ]  **BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.** Based upon the Court's order for mandatory e-filing, I provided the documents listed above electronically to the Court's website and thereon to those parties on the Service List maintained by that website by submitting an electronic version of the documents to the Court's website. The documents are deemed filed and served on the date that they were uploaded to the Court's website.

Executed on December 3, 2008, at Frisco, Texas.

[ ]  **(State)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]  **(Federal)**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

# SERVICE LIST

| | |
|---|---|
| Robert F Brennan<br>rbrennan@brennanlaw.com<br>Brennan Wiener and Associates<br>3150 Montrose Ave<br>La Crescenta, CA 91214<br>818-249-5291<br>818-249-4329 (Fax)<br>***Attorney for Plaintiff*** | Angele Motlagh<br>amotlagh@jonesday.com<br>Jones Day<br>3 Park Plaza Suite 1100<br>Irvine, CA 92614<br>949-851-3939<br>***Attorney for Experian*** |
| Behzad B Mohandesi<br>bmohandesi@reedsmith.com<br>Reed Smith<br>355 S Grand Ave Ste 1401<br>Los Angeles, CA 90071<br>213-457-8073<br>***Attorney for DirecTV*** | |

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3150 Montrose Avenue, La Crescenta, CA 91214.

On **December 3, 2008** the foregoing document described as **AGREED STIPULATION FOR SITXY DAY EXTENSION OF PRETRIAL AND TRIAL DEADLINE** was served on parties in this action,

By U.S. Mail (to all parties listed below)

[x] by placing [ ] the original [x] true copies

Ben Mohandesi, Esq.
REED SMITH
355 S. Grand Ave.
Los Angeles, CA 90071

Fax: 213-457-8080

Angele Motlagh, Esq.
JONES DAY
3 Park Plaza Ste. 1100
Irvine, CA 92614

Fax: 949-553-7539

Donald Bradley, Esq.
Paul Sheldon, Esq.
MUSIC, PEELER & GARRETT LLP
650 Town Center Drive Ste. 1200
Costa Mesa, CA 92626-1925

Fax: 714-668-2490

[x] *I deposited such envelopes in the mail at La Crescenta, California. The envelopes were mailed with postage thereon fully prepaid.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 3, 2008** at La Crescenta, California.

Bob Bichler