1
2
3
4
5
6
7
8
9
10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| CHRISTOPHER NORTON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, is a Corporation; EXPERIAN INFORMATION SOLUTIONS, INC., is a business entity form unknown; DIRECT TV, a business entity, form unknown; and DOES 1-10, Inclusive,<br><br>Defendant. | Case No. CV08-03674 VBF (SHx)<br><br>Assigned for all purposes to Valerie Baker Fairbank<br><br>ORDER |

ORDER

1 | After considering the Stipulated Protective order executed by all parties and
2 | upon good cause showing,

**IT IS HEREBY ORDERED THAT**:

The Stipulation is Granted .

/ S /

Dated: December 18, 2008

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

ORDER