**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NORTON, an individual;<br><br>       Plaintiff,<br><br>    v.<br><br>TRANSUNION, LLC, is a Corporation; EXPERIAN INFORMATION SOLUTIONS, INC., is a business entity form unknown; DIRECTV, INC., a business entity, form unknown; FOCUS RECEIVABLES, a business entity, form unknown; and DOES 2-10, Inclusive,<br><br>       Defendant. | Case No. CV08-03674 VBF (SHx)<br><br>Hon. Valerie Baker Fairbank<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS TRANS UNION LLC, DIRECTV INC., FOCUS RECEIVABLES MANAGEMENT, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

Upon the stipulation of the parties, pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED this matter be dismissed with prejudice in its entirety with regard to Defendant Experian Information Solutions, Inc. Each side shall bear their own attorneys' fees and costs incurred herein.

Dated: May 6, 2009

*Valerie Baker Fairbank*
_____
HONORABLE VALERIE BAKER FAIRBANK
United States District Court Judge

**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**